IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CROMER, JR., <br>     Plaintiff, <br><br> v. <br><br> JOHN DOE, et al, <br>     Defendants. | C.A. No. 25-74 Erie <br><br> District Judge Susan Paradise Baxter <br> Chief Magistrate Judge Richard Lanzillo |

## MEMORANDUM ORDER

Plaintiff, an inmate at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), commenced this action on March 20, 2025 by submitting a *pro se* civil rights complaint [ECF No. 1] followed by the filing of a motion for leave to proceed *in forma pauperis* ("ifp motion") on April 14, 2025. [ECF No. 4]. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's ifp motion has not yet been ruled upon and the complaint has not yet been docketed. Presently pending before the Court is Plaintiff's motion for temporary restraining order ("TRO motion"), which was filed on June 25, 2025. [ECF No. 9]. In his TRO motion, Plaintiff alleges that he is being "harassed physically and sexually also being discriminated by the John Doe Defendant …. [ECF No. 9]. As relief, Plaintiff vaguely requests the issuance of an "overnight temporary restraining order (TRO) for the safety of the Plaintiff upon this upcoming case." Plaintiff has not submitted an affidavit in support of his motion nor has he identified any efforts he has made to notify Defendants of his motion in compliance with Rule 65 of the Federal

1

Rules of Civil Procedure.

On June 26, 2025, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's TRO motion be denied because he has failed to comply with the procedural requirements of Rule 65, and has failed to establish either a likelihood of success on the merits or an imminent risk of irreparable harm. [ECF No. 11]. No timely objections to the R&R have been filed by Plaintiff.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 21st day of July, 2025;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order [ECF No. 9] is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, dated June 26, 2025 [ECF No. 11], is adopted as the opinion of the court.

                                                        SUSAN PARADISE BAXTER
                                                        United States District Judge

cc:       The Honorable Richard A. Lanzillo
           Chief United States Magistrate Judge